**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TAWANIA HOLLINS**                                                                        **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 1:09CV314-A-D**

**PREMIER FORD LINCOLN MERCURY, INC.**                      **DEFENDANT**

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

    (1) the Plaintiff's Motion for Leave to File a Sur-Rebuttal [34] is DENIED;

    (2) the Defendant's Motion for Summary Judgment [25] as to Plaintiff's sexually-based hostile work environment claim is GRANTED;

    (3) the Defendant's Motion for Summary Judgment [25] as to Plaintiff's race discrimination claim is GRANTED;

    (4) the Defendant's Motion for Summary Judgment [25] as to Plaintiff's age discrimination claim is GRANTED;

    (5) the Defendant's Motion for Summary Judgment [25] as to Plaintiff's retaliation claim is GRANTED;

    (6)  the Defendant's Motion for Summary Judgment [25] as to Plaintiff's sex discrimination claim is DENIED; and

    (7) the Defendant's Motion for Summary Judgment [25] as to Plaintiff's punitive damages claim is DENIED.

    So ORDERED on this, the __7th__ day of February, 2011.

                                                      **/s/   Sharion Aycock**
                                                      **UNITED STATES DISTRICT JUDGE**